Sean P. Flynn (SBN 220184)
sflynn@foleymansfield.com
Carley G. Mak (SBN 251568)
cmak@foleymansfield.com
**FOLEY & MANSFIELD, PLLP**
300 South Grand Avenue, Suite 2800
Los Angeles, CA  90071
Telephone:   (213) 283-2100
Facsimile:   (213) 283-2101

Attorneys for Defendant
**UNITED COLLECTION BUREAU, INC.**

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMIE INGPEN,<br><br>      Plaintiff,<br><br>vs.<br><br>UNITED COLLECTION BUREAU, INC., A Corporation; and DOES 1 through 10, inclusive,<br><br>      Defendants. | Case No.: CV12-10175 SJO(PLAx)<br><br>**NOTICE OF FILING OF REMOVAL OF CIVIL ACTION TO UNITED STATES DISTRICT COURT** |

**TO THE JUDGES OF THE UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA, AND TO ALL PARTIES AND THEIR ATTORNEYS HEREIN:**

PLEASE TAKE NOTICE that, pursuant to 28 U.S.C. § 1441(a), Defendant UNITED COLLECTION BUREAU, INC. ("Defendant"), hereby removes the above-entitled action from the Superior Court for the State of California in and for the County of Los Angeles, to the United States District Court for the Central District of California based on the following facts:

    1.    On or about October 15, 2012, an action was filed in the Superior Court of the State of California for the County of Los Angeles, entitled *Jamie Ingpen v. United Collection Bureau, Inc.*, LASC Case No. BC493821 ("the Action"). Copies of the

2.  Plaintiff alleges as one of her causes of action violation of the Fair Debt Collection Practices Act, 15 U.S.C.§ 1692 *et seq*. (FDCPA). Thus, this Court has original jurisdiction over this case pursuant to 15 U.S.C. § 1692k(d), and 28 U.S.C. § 1331.

3.  On October 31. 2012, Defendant was served with the Summons and Complaint as well as accompanied documents via Acknowledgment of Receipt. For the reasons stated above, defendants remove the above entitled action.

4.  A responsive pleading has been filed in the State Court Action. A copy of the Answer is attached hereto as "Exhibit 2."

5.  Defendant is not aware of any other events that have taken place in the State Court Action.

6.  Removal is timely pursuant to 28 U.S.C. §1446(b) as Notice of Removal has been filed within thirty days after service of the Summons and Complaint on October 31, 2012.

7.  For the reasons stated above, Defendant removes the above entitled action now pending in the Superior Court for the County of Los Angeles, Case No.: BC493821, to the United States District Court for the Central District of California.

DATED: November 28, 2012           **FOLEY & MANSFIELD, PLLP**

By: _____
Sean P. Flynn
Carley C. Mak
Attorneys for Defendant
**UNITED COLLECTION BUREAU, INC.**

**EXHIBIT 1**

Octavio Cardona-Loya II, Esq. SBN 255309
Golden & Cardona-Loya, LLP
3130 Bonita Road, Suite 200B
Chula Vista, CA 91910
vito@goldencardona.com
Phone: 619-476-0030; Fax: 775-898-5471
Attorney for Plaintiff

CONFORMED COPY
ORIGINAL FILED
SUPERIOR COURT OF CALIFORNIA
COUNTY OF LOS ANGELES

OCT 15 2012

John A. Clarke, Executive Officer/Clerk
BY _____ Deputy
Cristina Grijalva

# SUPERIOR COURT OF CALIFORNIA
## COUNTY OF LOS ANGELES, STANLEY MOSK COURTHOUSE

| | |
|---|---|
| JAMIE INGPEN, an individual, | Case No.: BC493821 |
| Plaintiff, | **COMPLAINT AND DEMAND FOR JURY TRIAL (Unlawful Debt Collection Practices)** |
| v. | |
| UNITED COLLECTION BUREAU, INC., a Corporation; and DOES 1 through 10, inclusive, | |
| Defendants. | |

## I. INTRODUCTION

1. This is an action for damages brought by an individual consumer against Defendants for violations of the Federal Fair Debt Collections Practices Act and California Rosenthal Act which prohibit debt collectors from engaging in abusive, deceptive, and unfair practices.

////
////

## II. VENUE & PARTIES

2. Venue in this district is proper in that the Plaintiff resides here, Defendants transact business here, and the conduct complained of occurred here.

3. Plaintiff JAMIE INGPEN is a natural person residing in the State of California, County of Los Angeles.

4. Defendant UNITED COLLECTION BUREAU, INC. ("UCB") at all times relevant was a corporation doing business of collecting debts in Los Angeles County, California operating from an address at 5620 Southwyck Blvd., Toledo, OH 43614.

5. Defendants are engaged in the collection of debts from consumers using the mail and telephone. Defendants regularly attempt to collect consumer debts alleged to be due to another. Defendants are "debt collectors" as defined by the FDCPA, 15 U.S.C. §1692a(6), and by the Rosenthal Act, California Civil Code 1788.2(c).

6. Plaintiff is a "consumer" as defined by the FDCPA, 15 U.S.C. 1692a(3).

7. The purported debt that Defendants attempted to collect from Plaintiff was a "debt" as defined by the FDCPA, 15 U.S.C. §1692a(5).

8. Plaintiff is a "debtor" as defined by the Rosenthal Act, California Civil Code 1788.2(h).

9. The purported debt which Defendants attempted to collect from Plaintiff is a "consumer debt" as defined by the Rosenthal Act, California Civil Code §1788.2(f).

10. The true names and capacities, whether individual, corporate (including officers and directors thereof), associate or otherwise of Defendants sued herein as DOES 1 through 10, inclusive, are unknown to Plaintiff, who therefore sues these Defendants by such fictitious names. Plaintiff is informed and believes, and alleges that each Defendant designated as a DOE is involved in or is in some manner responsible as a principal, beneficiary, agent, co-conspirator, joint venturer, alter ego, third party beneficiary, or otherwise, for the agreements, transactions, events and/or acts hereinafter described, and thereby proximately caused injuries and damages to Plaintiff. Plaintiff requests that when the true names and capacities of these DOE Defendants are ascertained, they may be inserted in

all subsequent proceedings, and that this action may proceed against them under their true names.

## III. FACTUAL ALLEGATIONS

11. Sometime in August 2012, a UCB representative named Mary Casey contacted Plaintiff over the telephone to collect on an alleged credit card debt (the "debt").

12. Ms. Casey stated that the purported credit card was "secured."

13. Plaintiff was shocked and asked how that was possible.

14. Ms. Casey stated that "people think credit cards are unsecured. But it's one of those things in the fine print that you don't even read," or words to that effect.

15. Ms. Casey further stated that Plaintiff's lack of payment on the allegedly secured credit card resulted in a "default on a bank loan," or words to that effect.

16. Ms. Casey added that the debt was in a "premier portfolio."

17. Plaintiff inquired as to how the debt could be secured when Plaintiff had not provided any collateral.

18. Ms. Casey could not answer Plaintiff's question.

19. Plaintiff later contacted Chase and was informed that credit cards are unsecured.

20. UCB failed to send Plaintiff the written notice under 15 U.S.C. § 1692g within five days after UCB's initial communication with Plaintiff.

21. As a result of UCB's conduct, Plaintiff suffered from stress and worry.

## IV. FIRST CAUSE OF ACTION

(Against all Defendants for Violations of the Fair Debt Collection Practices Act)

22. Plaintiff repeats, realleges and incorporates by reference all of the foregoing paragraphs.

23. Defendants violated the FDCPA. Defendants' violations include, but are not limited to, the following:

(a) Defendants violated 15 U.S.C. § 1692d by engaging in conduct the natural consequence of which is to harass, oppress, or abuse Plaintiff in connection with the collection of the alleged debt;

(b) Defendants violated 15 U.S.C. § 1692e by using false, deceptive, or misleading representations or means in connection with the collection of a debt;

(c) Defendants violated 15 U.S.C. § 1692e(2)(A) by giving the false impression of the character, amount or legal status of the alleged debt;

(d) Defendants violated 15 U.S.C. § 1692e(4) by giving the impression that nonpayment of a debt will result in the arrest or imprisonment of a person and/or the seizure, garnishment, attachment, or sale of any property or wages of any person unless such action is lawful and the debt collector or creditor intends to take such action;

(e) Defendants violated 15 U.S.C. § 1692e(10) by using a false representation or deceptive means to collect or attempt to collect any debt or to obtain information regarding a consumer;

(f) Defendants 15 U.S.C. § 1692(f) by using unfair or unconscionable means to collect or attempt to collect a debt; and

(g) Defendants violated 15 U.S.C. § 1692g(a) by failing to send the Plaintiff a validation notice within five days of the initial communication.

24. As a result of the above violations of the Fair Debt Collection Practices Act, Defendants are liable to the Plaintiff for Plaintiff's actual damages, statutory damages, and attorney's fees and costs pursuant to 15 U.S.C. §1692k.

## V. SECOND CAUSE OF ACTION
(Against all Defendants for Violations of the Rosenthal Act)

25. Plaintiff repeats, realleges and incorporates by reference all of the foregoing paragraphs.

26. Defendants violated the Rosenthal Act, by including but not limited to, the following:

 (a) Defendants violated California Civil Code §1788.17 by failing to comply with the FDCPA as referenced above.

27. Defendants' acts as described above were done intentionally with the purpose of coercing Plaintiff to pay the alleged debt.

28. As a proximate result of Defendants' violations enumerated above, Plaintiff was damaged in amounts which are subject to proof.

29. Defendants' violations of the Rosenthal Act were willful and knowing. Defendants are therefore liable to Plaintiff for Plaintiff's actual damages, statutory damages, and attorney's fees and costs pursuant to California Civil Code §1788.30.

**WHEREFORE**, Plaintiff respectfully requests that judgment be entered against Defendants, and each of them, for the following:

 (a) Actual damages;
 (b) Statutory damages pursuant to California Civil Code §1788.30(a) and 15 U.S.C. §1692k;
 (c) Costs and reasonable attorney's fees pursuant to California Civil Code §§1788.30(b) & (c) and 15 U.S.C. §1692k; and
 (d) For such other and further relief as the Court may deem just and proper.

Date: September 25, 2012

Octavio Cardona-Loya II,
Attorney for Plaintiff

////
////
////

## DEMAND FOR JURY TRIAL

Please take notice that Plaintiff demands trial by jury in this action.

Date: September 25, 2012

_____
Octavio Cardona-Loya II,
Attorney for Plaintiff

**EXHIBIT 2**

Sean P. Flynn (SBN 220184)
sflynn@foleymansfield.com
Carley G. Mak (SBN 251568)
cmak@foleymansfield.com
**FOLEY & MANSFIELD, PLLP**
300 South Grand Avenue, Suite 2800
Los Angeles, CA 90071
Telephone: (213) 283-2100
Facsimile: (213) 283-2101

Attorneys for Defendant
**UNITED COLLECTION BUREAU, INC.**

CONFORMED COPY
OF ORIGINAL FILED
Los Angeles Superior Court

NOV 28 2012

John A. Clarke, Executive Officer/Clerk
By_____, Deputy
SHAUNYA WESLEY

## SUPERIOR COURT OF THE STATE OF CALIFORNIA

## FOR THE COUNTY OF LOS ANGELES

| | |
|---|---|
| JAMIE INGPEN,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>UNITED COLLECTION BUREAU, INC.<br><br>　　　　Defendant. | Case No: BC493821<br>*(Assigned to Hon. Ramona See, Dept. 69)*<br><br>**DEFENDANT'S ANSWER TO PLAINTIFF'S COMPLAINT AND DEMAND FOR JURY TRIAL**<br><br>Complaint Filed: October 15, 2012<br>Trial Date: None Assigned |

　　Defendant UNITED COLLECTION BUREAU, INC. ("Defendant") answers the Complaint of Plaintiff JAMIE INGPEN ("Plaintiff"), as follows:

### GENERAL DENIAL

　　Pursuant to *Code of Civil Procedure* § 431.30(d), Defendant, generally and specifically, denies each and every allegation in the unverified Complaint filed by Plaintiff, and specifically denies that Plaintiff has been damaged in any of the sums mentioned in said Complaint, or in any sum, or at all, or that Plaintiff is entitled to the relief sought in the Complaint as a result of any act, omission, or delay in acting of this answering Defendant.

///

///

# AFFIRMATIVE DEFENSES

## FIRST DEFENSE

(Statute of Limitations)

Plaintiff's entire Complaint is barred by the applicable statute of limitations.

## SECOND DEFENSE

(Contributory/Comparative Fault)

Any violation of the law or damage suffered by Plaintiff, which Defendant denies, was due to the affirmative actions and/or omissions of Plaintiff or others, and does not give rise to any liability or claim of damages against Defendant.

## THIRD DEFENSE

(Bona Fide Error)

Plaintiff's claims are barred as against Defendant by the qualified immunity of 15 U.S.C. § 1692k(c) and California Civil Code 1788.30(e). To wit, any violation of either statute, which Defendant denies, was not intentional and resulted, if at all, from a bona fide error notwithstanding the maintenance of procedures reasonably adapted to avoid such errors.

## FOURTH DEFENSE

(Standing)

Plaintiff lacks standing to bring this action against Defendant under the Fair Debt Collection Practices Act and the Rosenthal Fair Debt Collection Practices Act.

## SIXTH DEFENSE

(Failure to Mitigate)

Plaintiff failed, in whole or in part, to mitigate Plaintiff's damages despite having the means to do so.

## SEVENTH DEFENSE

(Good Faith)

Defendant alleges that at all times it acted in good faith and with good cause. The conduct of Defendant was within the reasonable expectations of the parties and was reasonably related to Defendant's legitimate business interests upon the basis of reasonable factors.

## EIGHTH DEFENSE

(Estoppel)

The Complaint and each of its purported claims for relief are barred by the doctrine of estoppel.

## NINTH DEFENSE

(Waiver)

The Complaint and each of its purported claims for relief are barred by the doctrine of waiver.

## TENTH DEFENSE

(Unclean Hands)

The Complaint and each of its purported claims for relief are barred by the doctrine of unclean hands.

## ELEVENTH DEFENSE

(Laches)

The Complaint and each of its purported claims for relief are barred by the doctrine of laches.

## TWELFTH DEFENSE

(Intervening Cause)

Plaintiff's alleged damages, which Defendant continues to deny, were not caused by Defendant but by an independent intervening cause.

## THIRTEENTH DEFENSE

(Reservation of Additional Defenses)

Defendant alleges that the Complaint does not describe the alleged actions with sufficient particularity to permit it to ascertain what other defenses may exist. Defendant therefore reserves the right to assert all defenses that may pertain to the Complaint as the facts of the case are discovered.

///
///
///
///
///
///

3

DEFENDANT'S ANSWER TO PLAINTIFF'S COMPLAINT AND DEMAND FOR JURY TRIAL

**WHEREFORE**, Defendant prays as follows:

1. That Plaintiff take nothing by way of her Complaint herein and that this action is dismissed in its entirety;

2. For Defendant's attorneys' fees and costs incurred herein; and

3. For such other relief as the Court may deem just and proper.

DATED: November 28, 2012

FOLEY & MANSFIELD, PLLP

By: *[signature]*
Sean P. Flynn
Carley C. Mak
Attorneys for Defendant
**UNITED COLLECTION BUREAU, INC.**

## DEMAND FOR JURY

Defendant, United Collection Bureau, Inc. demands a Jury Trial on all claims suitable for determination by a Jury.

DATED: November 28, 2012

FOLEY & MANSFIELD, PLLP

By: _____
Sean P. Flynn
Carley C. Mak
Attorneys for Defendant
**UNITED COLLECTION BUREAU, INC.**

# PROOF OF SERVICE

STATE OF CALIFORNIA, COUNTY OF LOS ANGELES:

I am employed in the County of Los Angeles, State of California. I am over the age of 18 and not a party to the within action; my business address is 300 South Grand Ave., Suite 2800, Los Angeles, California 90071

On **November 28, 2012**, I served the foregoing document described as: **DEFENDANT'S ANSWER TO PLAINTIFF'S COMPLAINT AND DEMAND FOR JURY TRIAL** on the interested parties in this action as follows:

**OCTAVIO CARDONAL-LOYA II, ESQ.**
**GOLDEN & CARDONA-LOYA, LLP**
**3130 BONITA ROAD, SUITE 200B**
**CHULA VISTA, CA 91910**
**(619) 476-0030**

☒ *(BY MAIL)* I enclosed the documents in a sealed envelope or package addressed to the persons at the addresses above and placed the envelope for collection and mailing, following our ordinary business practices. I am ready familiar with this business's practice for collecting and processing correspondence for mailing. On the same day that correspondence is placed for collection and mailing, it is deposited in the ordinary course of business with the United States Postal Service, in a sealed envelope with postage fully prepaid.

☐ *(BY COURT'S CM/ECF SYSTEM)* Pursuant to Local Rule, I electronically filed the documents with the Clerk of the Court using the CM/ECF systems to the parties and/or counsel who are registered CM/ECF Users set forth in the service list obtained from this court.

☐ [FEDERAL] I declare that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

☒ [STATE] I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

Executed on **November 28, 2012** Los Angeles, California

*/s/ Christine Sanders*
Christine Sanders

DEFENDANT'S ANSWER TO PLAINTIFF'S COMPLAINT AND DEMAND FOR JURY TRIAL

## UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA
### CIVIL COVER SHEET

**I (a) PLAINTIFFS** (Check box if you are representing yourself ☐)
JAMIE INGPEN

**DEFENDANTS**
UNITED COLLECTION BUREAU, INC.

**(b) Attorneys** (Firm Name, Address and Telephone Number. If you are representing yourself, provide same.)
OCTAVIO CARDONA-LOYA II, ESQ. (SBN255309)
vito@goldencardona.com
GOLDEN & CARDONA-LOYA, LLP
3130 Bonita Road, Suite 200B
Chula Vista, CA 91910
(619) 476-0030

**Attorneys (If Known)**
SEAN FLYNN, ESQ. (SBN 220184)
sflynn@foleymansfield.com
FOLEY & MANSFIELD, PLLP
300 South Grand Avenue, Suite 2800
Los Angeles CA 90071
(213) 283-2100

**II. BASIS OF JURISDICTION** (Place an X in one box only.)
- ☐ 1 U.S. Government Plaintiff
- ☐ 2 U.S. Government Defendant
- ☒ 3 Federal Question (U.S. Government Not a Party)
- ☐ 4 Diversity (Indicate Citizenship of Parties in Item III)

**III. CITIZENSHIP OF PRINCIPAL PARTIES** - For Diversity Cases Only
(Place an X in one box for plaintiff and one for defendant.)

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☐ 1 | Incorporated or Principal Place of Business in this State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business in Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

**IV. ORIGIN** (Place an X in one box only.)
- ☐ 1 Original Proceeding
- ☒ 2 Removed from State Court
- ☐ 3 Remanded from Appellate Court
- ☐ 4 Reinstated or Reopened
- ☐ 5 Transferred from another district (specify):
- ☐ 6 Multi-District Litigation
- ☐ 7 Appeal to District Judge from Magistrate Judge

**V. REQUESTED IN COMPLAINT: JURY DEMAND:** ☒ Yes ☐ No (Check 'Yes' only if demanded in complaint.)
**CLASS ACTION under F.R.C.P. 23:** ☐ Yes ☒ No        ☒ **MONEY DEMANDED IN COMPLAINT:** $ According to Proof

**VI. CAUSE OF ACTION** (Cite the U.S. Civil Statute under which you are filing and write a brief statement of cause. Do not cite jurisdictional statutes unless diversity.)
15 U.S.C. Section 1692, et seq.

**VII. NATURE OF SUIT** (Place an X in one box only.)

| OTHER STATUTES | CONTRACT | TORTS PERSONAL INJURY | TORTS PERSONAL PROPERTY | PRISONER PETITIONS | LABOR |
|---|---|---|---|---|---|
| ☐ 400 State Reapportionment | ☐ 110 Insurance | ☐ 310 Airplane | ☐ 370 Other Fraud | ☐ 510 Motions to Vacate Sentence Habeas Corpus | ☐ 710 Fair Labor Standards Act |
| ☐ 410 Antitrust | ☐ 120 Marine | ☐ 315 Airplane Product Liability | ☐ 371 Truth in Lending | ☐ 530 General | ☐ 720 Labor/Mgmt. Relations |
| ☐ 430 Banks and Banking | ☐ 130 Miller Act | ☐ 320 Assault, Libel & Slander | ☐ 380 Other Personal Property Damage | ☐ 535 Death Penalty | ☐ 730 Labor/Mgmt. Reporting & Disclosure Act |
| ☐ 450 Commerce/ICC Rates/etc. | ☐ 140 Negotiable Instrument | ☐ 330 Fed. Employers' Liability | ☐ 385 Property Damage Product Liability | ☐ 540 Mandamus/ Other | ☐ 740 Railway Labor Act |
| ☐ 460 Deportation | ☐ 150 Recovery of Overpayment & Enforcement of Judgment | ☐ 340 Marine | BANKRUPTCY | ☐ 550 Civil Rights | ☐ 790 Other Labor Litigation |
| ☐ 470 Racketeer Influenced and Corrupt Organizations | ☐ 151 Medicare Act | ☐ 345 Marine Product Liability | ☐ 422 Appeal 28 USC 158 | ☐ 555 Prison Condition | ☐ 791 Empl. Ret. Inc. Security Act |
| ☒ 480 Consumer Credit | ☐ 152 Recovery of Defaulted Student Loan (Excl. Veterans) | ☐ 350 Motor Vehicle | ☐ 423 Withdrawal 28 USC 157 | FORFEITURE/ PENALTY | PROPERTY RIGHTS |
| ☐ 490 Cable/Sat TV | ☐ 153 Recovery of Overpayment of Veteran's Benefits | ☐ 355 Motor Vehicle Product Liability | CIVIL RIGHTS | ☐ 610 Agriculture | ☐ 820 Copyrights |
| ☐ 810 Selective Service | | ☐ 360 Other Personal Injury | ☐ 441 Voting | ☐ 620 Other Food & Drug | ☐ 830 Patent |
| ☐ 850 Securities/Commodities/ Exchange | ☐ 160 Stockholders' Suits | ☐ 362 Personal Injury- Med Malpractice | ☐ 442 Employment | ☐ 625 Drug Related Seizure of Property 21 USC 881 | ☐ 840 Trademark |
| ☐ 875 Customer Challenge 12 USC 3410 | ☐ 190 Other Contract | ☐ 365 Personal Injury- Product Liability | ☐ 443 Housing/Acco- mmodations | | SOCIAL SECURITY |
| ☐ 890 Other Statutory Actions | ☐ 195 Contract Product Liability | ☐ 368 Asbestos Personal Injury Product Liability | ☐ 444 Welfare | ☐ 630 Liquor Laws | ☐ 861 HIA (1395ff) |
| ☐ 891 Agricultural Act | ☐ 196 Franchise | | ☐ 445 American with Disabilities - Employment | ☐ 640 R.R. & Truck | ☐ 862 Black Lung (923) |
| ☐ 892 Economic Stabilization Act | REAL PROPERTY | IMMIGRATION | | ☐ 650 Airline Regs | ☐ 863 DIWC/DIWW (405(g)) |
| ☐ 893 Environmental Matters | ☐ 210 Land Condemnation | ☐ 462 Naturalization Application | ☐ 446 American with Disabilities - Other | ☐ 660 Occupational Safety/Health | ☐ 864 SSID Title XVI |
| ☐ 894 Energy Allocation Act | ☐ 220 Foreclosure | ☐ 463 Habeas Corpus- Alien Detainee | ☐ 440 Other Civil Rights | ☐ 690 Other | ☐ 865 RSI (405(g)) |
| ☐ 895 Freedom of Info. Act | ☐ 230 Rent Lease & Ejectment | ☐ 465 Other Immigration Actions | | | FEDERAL TAX SUITS |
| ☐ 900 Appeal of Fee Determi- nation Under Equal Access to Justice | ☐ 240 Torts to Land | | | | ☐ 870 Taxes (U.S. Plaintiff or Defendant) |
| ☐ 950 Constitutionality of State Statutes | ☐ 245 Tort Product Liability | | | | ☐ 871 IRS - Third Party 26 USC 7609 |
| | ☐ 290 All Other Real Property | | | | |

CV12-10175

**FOR OFFICE USE ONLY:** Case Number: _____
AFTER COMPLETING THE FRONT SIDE OF FORM CV-71, COMPLETE THE INFORMATION REQUESTED BELOW.

CV-71 (05/08)                                        CIVIL COVER SHEET                                        Page 1 of 2
                                                                                                              CCD-JS44

**UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA**
**CIVIL COVER SHEET**

**VIII(a). IDENTICAL CASES:** Has this action been previously filed in this court and dismissed, remanded or closed? [X] No [ ] Yes
If yes, list case number(s): _____

**VIII(b). RELATED CASES:** Have any cases been previously filed in this court that are related to the present case? [X] No [ ] Yes
If yes, list case number(s): _____

Civil cases are deemed related if a previously filed case and the present case:
(Check all boxes that apply)  [ ] A. Arise from the same or closely related transactions, happenings, or events; or
 [ ] B. Call for determination of the same or substantially related or similar questions of law and fact; or
 [ ] C. For other reasons would entail substantial duplication of labor if heard by different judges; or
 [ ] D. Involve the same patent, trademark or copyright, and one of the factors identified above in a, b or c also is present.

**IX. VENUE:** (When completing the following information, use an additional sheet if necessary.)

(a) List the County in this District; California County outside of this District; State if other than California; or Foreign Country, in which EACH named plaintiff resides.
[ ] Check here if the government, its agencies or employees is a named plaintiff. If this box is checked, go to item (b).

| County in this District:* | California County outside of this District; State, if other than California; or Foreign Country |
|---|---|
| Los Angeles | |

(b) List the County in this District; California County outside of this District; State if other than California; or Foreign Country, in which EACH named defendant resides.
[ ] Check here if the government, its agencies or employees is a named defendant. If this box is checked, go to item (c).

| County in this District:* | California County outside of this District; State, if other than California; or Foreign Country |
|---|---|
| | Florida |

(c) List the County in this District; California County outside of this District; State if other than California; or Foreign Country, in which EACH claim arose.
Note: In land condemnation cases, use the location of the tract of land involved.

| County in this District:* | California County outside of this District; State, if other than California; or Foreign Country |
|---|---|
| Los Angeles | |

* Los Angeles, Orange, San Bernardino, Riverside, Ventura, Santa Barbara, or San Luis Obispo Counties
Note: In land condemnation cases, use the location of the tract of land involved

X. SIGNATURE OF ATTORNEY (OR PRO PER): _____ Date 11/28/12

**Notice to Counsel/Parties:** The CV-71 (JS-44) Civil Cover Sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law. This form, approved by the Judicial Conference of the United States in September 1974, is required pursuant to Local Rule 3-1 is not filed but is used by the Clerk of the Court for the purpose of statistics, venue and initiating the civil docket sheet. (For more detailed instructions, see separate instructions sheet.)

Key to Statistical codes relating to Social Security Cases:

| Nature of Suit Code | Abbreviation | Substantive Statement of Cause of Action |
|---|---|---|
| 861 | HIA | All claims for health insurance benefits (Medicare) under Title 18, Part A, of the Social Security Act, as amended. Also, include claims by hospitals, skilled nursing facilities, etc., for certification as providers of services under the program. (42 U.S.C. 1935FF(b)) |
| 862 | BL | All claims for "Black Lung" benefits under Title 4, Part B, of the Federal Coal Mine Health and Safety Act of 1969. (30 U.S.C. 923) |
| 863 | DIWC | All claims filed by insured workers for disability insurance benefits under Title 2 of the Social Security Act, as amended; plus all claims filed for child's insurance benefits based on disability. (42 U.S.C. 405(g)) |
| 863 | DIWW | All claims filed for widows or widowers insurance benefits based on disability under Title 2 of the Social Security Act, as amended. (42 U.S.C. 405(g)) |
| 864 | SSID | All claims for supplemental security income payments based upon disability filed under Title 16 of the Social Security Act, as amended. |
| 865 | RSI | All claims for retirement (old age) and survivors benefits under Title 2 of the Social Security Act, as amended. (42 U.S.C. (g)) |

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

### NOTICE OF ASSIGNMENT TO UNITED STATES MAGISTRATE JUDGE FOR DISCOVERY

This case has been assigned to District Judge S. James Otero and the assigned discovery Magistrate Judge is Paul Abrams.

The case number on all documents filed with the Court should read as follows:

### CV12- 10175 SJO (PLAx)

Pursuant to General Order 05-07 of the United States District Court for the Central District of California, the Magistrate Judge has been designated to hear discovery related motions.

All discovery related motions should be noticed on the calendar of the Magistrate Judge

======================================================

### NOTICE TO COUNSEL

*A copy of this notice must be served with the summons and complaint on all defendants (if a removal action is filed, a copy of this notice must be served on all plaintiffs).*

Subsequent documents must be filed at the following location:

| [✓] Western Division | [ ] Southern Division | [ ] Eastern Division |
|---|---|---|
| 312 N. Spring St., Rm. G-8 | 411 West Fourth St., Rm. 1-053 | 3470 Twelfth St., Rm. 134 |
| Los Angeles, CA 90012 | Santa Ana, CA 92701-4516 | Riverside, CA 92501 |

Failure to file at the proper location will result in your documents being returned to you.

CV-18 (03/06)    NOTICE OF ASSIGNMENT TO UNITED STATES MAGISTRATE JUDGE FOR DISCOVERY