# JS-6

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| JAMIE INGPEN, an individual, ) | Case No.: 2:12-cv-10175-SJO-PLA |
| ) | |
| Plaintiff, ) | **JUDGMENT PER FRCP 68** |
| ) | **ACCEPTANCE** |
| v. ) | |
| ) | |
| UNITED COLLECTION BUREAU, INC., ) | |
| et al., ) | |
| ) | |
| Defendants. ) | |
| ) | |

Pursuant to Rule 68 of the Federal Rules of Civil Procedure, Defendant UNITED COLLECTION BUREAU, INC. ("UCB") offered to allow judgment to be taken against it and in favor of Plaintiff, JAMIE INGPEN, as a means of resolving the instant matter in its entirety. Specifically, UCB offered the sum of $2,001, exclusive of reasonable attorneys' fees and costs. Plaintiff formally accepted that offer on December 17, 2012.

Based on the foregoing, **IT IS ORDERED AND ADJUDGED THAT:**

1. Judgment shall be entered against UCB in the amount of $2,001 (two thousand and one dollars) arising from Plaintiff's claims against UCB as alleged in Plaintiff's Complaint in the herein matter.

2. The $2,001 judgment to be entered shall be considered exclusive of all of Plaintiff's reasonable attorney fees and costs incurred by Plaintiff in connection with the claims alleged as of the making of the Rule 68 Offer. Plaintiff's reasonable attorney fees and costs incurred are to be determined by the Court unless otherwise agreed by the parties within two weeks of this Judgment.

**IT IS SO ORDERED.**

**December 21, 2012**

Dated: _____      _____

                                                  JUDGE OF THE DISTRICT COURT